UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: BATES | Case No. 25-50518<br>Honorable Laurie J. Michelson |

**ORDER DISMISSING COMPLAINT [1]**

On May 6, 2025, Brian Matthew Bates filed an "Order Decree Confirming Declaration of Name Correction" which was docketed as a miscellaneous case. (ECF No. 1.) Unsure whether it had jurisdiction over the case, the Court ordered Bates to show cause, in writing, "the specific relief he is seeking and why this Court has subject matter jurisdiction to grant that relief, i.e., the federal statute, treaty, and/or constitutional provision(s) he is relying on." (ECF No. 4, PageID.10.) Bates' response was due May 30, 2025, and he was advised that "failure to file a show-cause response by May 30, or an inadequate show-cause response, will result in this case being dismissed." (*Id.*)

That deadline has passed, and the Court has received no response from Bates. In turn, Bates has failed to show the Court that it has subject matter jurisdiction over his claims. Accordingly, the Court DISMISSES Bates' complaint (ECF No. 1) WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: June 2, 2025

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE